**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

*Attorneys for Defendant*,
TARGET CORPORATION

UNITED STATES OF DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE AMBROSI, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES XLXX, inclusive.<br><br>        Defendants. | CASE NO.: 2:25-cv-00186-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES, ONLY**<br><br>**[First Request]** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, DENISE AMBROSI ("Plaintiff"), by and through her attorney of record, BOHDEN G. COLE, ESQ. of the law firm PACIFIC WEST INJURY LAW and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a sixty (60) day continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

I.   **DISCOVERY COMPLETED**

    1.    Plaintiff served her Initial Early Case Conference List of Witnesses and Documents on February 20, 2025.

2. Defendant served its Initial Disclosure Pursuant to FRCP 26(a)(1) on March 18, 2025.

3. Defendant served its First Supplemental Disclosure on March 19, 2025.

4. Plaintiff served her First Supplemental Disclosure on April 18, 2025.

5. Defendant served Requests for Production and Interrogatories to Plaintiff on March 18, 2025; and

6. Plaintiff served her responses to Defendant's Requests for Production of Documents and Interrogatories on April 18, 2025.

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Initial and Rebuttal expert disclosures
2. Deposition of Plaintiff
3. Depositions of percipient witnesses
4. Depositions of FRCP 30(b)(6) witnesses
5. Expert witness depositions
6. Additional written discovery as needed

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

This matter involves an alleged slip and fall incident. The parties have been working through discovery and handling conflicts as they arise. The parties have been working together to continue to push through discovery where possible, but additional time is necessary. The Parties have been actively participating in discovery and seek additional time for scheduling the depositions of percipient witnesses and Plaintiff's treating providers, obtaining medical records of the Plaintiff as it was learned there has been additional treatment during her deposition, as well as other discovery that may arise in the course of discovery. The Parties are acting in good faith, and the request is not intended to cause unnecessary delay or prejudice to any party. The parties anticipate no further extensions will be required and put forth that the additional time is necessary in order to complete the remaining discovery. The parties agree this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension. The parties will continue to work cooperatively with each other to complete discovery.

///

IV. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadlines would be modified as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 10/03/2025 | **12/02/2025** |
| Motions to Amend Pleadings | 07/03/2025 | **09/03/2025** |
| Initial Expert Disclosures | 08/04/2025 | **10/03/2025** |
| Rebuttal Expert Disclosures | 09/03/2025 | **11/03/2025**[1] |
| Dispositive Motions | 11/03/2025 | **01/02/2026**[2] |
| Joint Pre-Trial Order | 12/03/2025 | **02/02/2026**[3] |

**IT IS SO STIPULATED AND AGREED.**

Dated: June 25, 2025

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant*,
TARGET CORPORATION

Dated: June 25, 2025

**PACIFIC WEST INJURY LAW**

*/s/ Bohden G. Cole*
**KRISTOPHER M. HELMICK, ESQ.**
Nevada Bar No. 13348
**KIRILL V. MIKHAYLOV, ESQ.**
Nevada Bar No. 13538
**BOHDEN G. COLE, ESQ.**
Nevada Bar No. 15719
8180 Rafael Rivera Way #200
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*, DENISE AMBROSI

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 26, 2025

---

[1] Actual date is November 2, 2025, which is a Sunday.
[2] Actual date is January 1, 2026, which is a holiday.
[3] Actual date is February 2, 2026, which is a Sunday.