**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE AMBROSI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES XLXX, inclusive.<br><br>Defendants. | CASE NO.: 2:25-cv-00186-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, DENISE AMBROSI, by and through her attorneys of record, KRISTOPHER M. HELMICK, ESQ., KIRILL V. MIKHAYLOV, ESQ., and BOHDEN G. COLE, ESQ., of the law firm PACIFIC WEST INJURY LAW, and Defendant TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff DENISE AMBROSI's Complaint, as well as all cross-claims, counter-claims, or

/ / /

/ / /

/ / /

/ / /

other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 2 day of ~~October~~ November, 2026.

**LINCOLN, GUSTAFSON & CERCOS**

/s/
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

DATED this 2nd day of ~~October~~ November, 2026.

**PACIFIC WEST INJURY LAW**

/s/
**KRISTOPHER M. HELMICK, ESQ.**
Nevada Bar No.: 13348
**KIRILL V. MIKHAYLOV, ESQ.**
Nevada Bar No.: 13538
**BOHDEN G. COLE, ESQ.**
Nevada Bar No. 15719
8180 Rafael Rivera Way #200
Las Vegas, Nevada 89113
Attorneys for Plaintiff,
DENISE AMBROSI

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own costs and attorneys' fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 3 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT